IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE ROSEMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>ENCOMPASS INSURANCE COMPANY, et al.,<br><br>      Defendants.<br>_____/ | No. C 09-00196 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on April 24, 2009 on Plaintiff's motion to remand and to amend her complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 12, 2009 and a reply brief shall be filed by no later than March 19, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 26, 2009

                                                  JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE